**Electronically Filed
Supreme Court
SCWC-25-0000108
07-JAN-2026
08:00 AM
Dkt. 10 ODAC**

SCWC-25-0000108

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JESSE G. RODRIGUEZ,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000108; CASE NO. 3DTI-24-001835)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Somerville, assigned by reason of vacancy)

Petitioner's "Motion to Reinstate Appeal" filed on December 1, 2025, which we construe as an application for writ of certiorari, is hereby rejected.

IT IS FURTHER ORDERED that all pending motions are denied as moot.

DATED: Honolulu, Hawaiʻi, January 7, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

